```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 21957
   STEVEN RAYFORD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0499


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 06/08/2004 and was confirmed 10/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 11/26/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
EXCALIBUR MOTORS INC       UNSECURED       NOT FILED              .00             .00
FORD MOTOR CREDIT          SPECIAL CLASS   NOT FILED              .00             .00
UNION AUTO SALES           SECURED               .00              .00             .00
OSCO DRUG STORE            UNSECURED       NOT FILED              .00             .00
BUDMIMIR RADAJCIC          UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO PARKING    UNSECURED           410.00             .00          409.75
CITY OF CHICAGO DEPART A   UNSECURED       NOT FILED              .00             .00
COMMONWEALTH EDISON        UNSECURED           591.11             .00          590.74
COMMONWEALTH EDISON        UNSECURED       NOT FILED              .00             .00
FIRST NATIONAL BANK OF M   UNSECURED       NOT FILED              .00             .00
LOAN EXPRESS CO            UNSECURED           124.00             .00          123.92
AT & T BANKRUPCTY          UNSECURED          1099.65             .00         1098.97
STABLE MOTORS              UNSECURED       NOT FILED              .00             .00
TCF NATIONAL BANK          UNSECURED       NOT FILED              .00             .00
EHS TRINITY HOSPITAL       UNSECURED       NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED           140.92             .00          140.92
THE ESTATE OF RICARDO L    DEBTOR ATTY         611.00                          611.00
TOM VAUGHN                 TRUSTEE                                             180.70
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              3,156.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      2,364.30
ADMINISTRATIVE                                   611.00
TRUSTEE COMPENSATION                             180.70
DEBTOR REFUND                                       .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 21957 STEVEN RAYFORD
```

```
                                ---------------    ---------------
TOTALS                               3,156.00           3,156.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
     Dated: 02/28/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```